**Appeal Reinstated, Motion Granted, Appeal Dismissed, and Memorandum Opinion filed May 22, 2018.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-18-00183-CV

**MELINDA REID, Appellant**

**V.**

**RITA WARREN-MICHAELS, INDIVIDUALLY AND AS TRUSTEE OF THE WARREN FAMILY REVOCABLE TRUST, Appellee**

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2017-51353**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed February 12, 2018. On May 17, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.